UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV16-00160 JAK (Ex) | Date | May 9, 2016 |
| Title | Bong Sook Lee v. CVS Pharmacy, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Carey B. Wood | Demery Ryan |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE (DKT. 12, 13)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand Case (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' April 29, 2016 Joint Report and sets the following deadlines:

| | |
|---|---|
| May 27, 2016: | Last day to amend or add parties |
| November 30, 2016: | Non-Expert Discovery Cut-Off |
| November 30, 2016: | Last day to participate in a settlement conference/mediation |
| December 9, 2016: | Initial Expert Disclosures |
| December 9, 2016: | Last day to file notice of settlement / joint report re settlement |
| December 19, 2016 at 1:30 p.m.: | Post Mediation Status Conference |
| December 30, 2016: | Rebuttal Expert Disclosures |
| January 2, 2017: | Last day to file motion for summary judgment |
| January 16, 2017: | Last day to file response to motion for summary judgment |
| January 16, 2017: | Last day to file motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-00160 JAK (Ex) | Date | May 9, 2016 |
| Title | Bong Sook Lee v. CVS Pharmacy, Inc., et al. | | |

| | |
|---|---|
| January 16, 2017: | Expert Discovery Cut-Off |
| January 23, 2017: | Last day to file response to motion for summary judgment |
| February 6, 2017 at 8:30 a.m.: | Hearing on motion for summary judgment |
| April 3, 2017: | Last day to hear motions *(including discovery motions)* |
| May 1, 2017: | Anticipated ruling on all motions |
| May 22, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| June 6, 2017 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on December 19, 2016, if such notice is filed on or before December 9, 2016. If a notice of settlement is not filed, counsel shall file a joint report by December 9, 2016, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 11.

**IT IS SO ORDERED.**

| | : | 16 |
|---|---|---|
| Initials of Preparer | ak | |